UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re:                                      Chapter 11
                                            Case No. 07-11068 (REL)
HIGHGATE LTC MANAGEMENT, LLC,

                    Debtor,

----------------------------------------x
EF CONSULTING LLC and OASIS HC LLC,         Adv. Pro. No. 10-90175 (REL)

                    Plaintiffs,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,

                    Defendant
----------------------------------------x

## AFFIDAVIT OF SERVICE

I, Scott Krinsky, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age and a member of Backenroth Frankel & Krinsky, LLP.

On December 14, 2010, I served the:

**A) SUMMONS IN AN ADVERSARY PROCEEDING; B) COMPLAINT; and C) ADVERSARY PROCEEDING COVER SHEET;**

by regular mail delivery to the parties on the attached service list at the addresses set forth on the service list, by depositing a true copy of the same enclosed in pre-paid properly addressed wrappers, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                s/Scott Krinsky
                                                SCOTT KRINSKY

Sworn to before me on this
14th day of December, 2010

s/Abraham Backenroth
_____
            Notary Public

**SERVICE LIST**

General Electric Capital Corporation
901 Main Avenue
Norwalk, Connecticut 06851
Attn: Michael A. Neal, Chairman
    and Chief Executive Officer

Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530
Attn: Leslie Ann Berkoff

General Electric Capital Corporation
901 Main Avenue
Norwalk, Connecticut 06851