**BACKENROTH, FRANKEL & KRINSKY, LLP.**
*489 Fifth Avenue*
*New York, New York 10017*
*(212) 593-1100*

*Abraham J. Backenroth*

*Mark A. Frankel*
*Scott Krinsky*

*Telecopier No.*
*(212) 644-0544*

December 14, 2010

**VIA OVERNIGHT DELIVERY**
Clerk of the Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Re: EF Consulting LLC, et. al., v. General Electric Capital Corporation
Adversary Proceeding No: 10-90175

Dear Clerk of the Court:

I enclose a disc containing and a hard copy of an Affidavit of Service of the Summons, Complaint and Adversary Proceeding Cover Sheet to be filed in the above-referenced Adversary Proceeding No. 10-90175.

Although I am admitted in the Northern District, I do not yet have ECF privileges in the Northern District.

Thank you for your assistance.

Very truly yours,

Mark Frankel

Enc: