EXHIBIT "11"

# Loan History

| | Eff Date | Post Date | Tran Code | Tran Desc | Tran Val |
|---|---|---|---|---|---|
| 1 | 3-Nov-08 | 3-Nov-08 | 3120 | LOAN DISBURSEMENT | 191,848.11 |
| 2 | 4-Nov-08 | 4-Nov-08 | 3120 | LOAN DISBURSEMENT | 106,971.59 |
| 3 | 5-Nov-08 | 5-Nov-08 | 3120 | LOAN DISBURSEMENT | 171,909.10 |
| 4 | 6-Nov-08 | 6-Nov-08 | 3120 | LOAN DISBURSEMENT | 107,470.54 |
| 5 | 7-Nov-08 | 7-Nov-08 | 3120 | LOAN DISBURSEMENT | 127,831.95 |
| 6 | 10-Nov-08 | 10-Nov-08 | 3120 | LOAN DISBURSEMENT | 182,754.20 |
| 7 | 12-Nov-08 | 12-Nov-08 | 3120 | LOAN DISBURSEMENT | 307,193.03 |
| 8 | 14-Nov-08 | 14-Nov-08 | 3120 | LOAN DISBURSEMENT | 130,010.29 |
| 9 | 17-Nov-08 | 17-Nov-08 | 3120 | LOAN DISBURSEMENT | 286,112.59 |
| 10 | 18-Nov-08 | 18-Nov-08 | 3120 | LOAN DISBURSEMENT | 75,718.23 |
| 11 | 19-Nov-08 | 19-Nov-08 | 3120 | LOAN DISBURSEMENT | 133,718.54 |
| 12 | 20-Nov-08 | 20-Nov-08 | 3120 | LOAN DISBURSEMENT | 18,313.08 |
| 13 | 21-Nov-08 | 21-Nov-08 | 3120 | LOAN DISBURSEMENT | 240,919.77 |
| 14 | 24-Nov-08 | 24-Nov-08 | 3120 | LOAN DISBURSEMENT | 70,854.55 |
| 15 | 25-Nov-08 | 25-Nov-08 | 3120 | LOAN DISBURSEMENT | 81,414.76 |
| 16 | 26-Nov-08 | 26-Nov-08 | 3120 | LOAN DISBURSEMENT | 356,807.90 |
| 17 | 28-Nov-08 | 28-Nov-08 | 3120 | LOAN DISBURSEMENT | 87,351.01 |
| 18 | 1-Dec-08 | 1-Dec-08 | 3120 | LOAN DISBURSEMENT | 80,831.92 |
| 19 | 2-Dec-08 | 2-Dec-08 | 3120 | LOAN DISBURSEMENT | 9,578.62 |
| 20 | 3-Dec-08 | 3-Dec-08 | 3120 | LOAN DISBURSEMENT | 450,027.53 |
| 21 | 4-Dec-08 | 4-Dec-08 | 3120 | LOAN DISBURSEMENT | 113,190.53 |
| 22 | 5-Dec-08 | 5-Dec-08 | 3120 | LOAN DISBURSEMENT | 229,666.05 |
| 23 | 8-Dec-08 | 8-Dec-08 | 3120 | LOAN DISBURSEMENT | 287,136.70 |
| 24 | 9-Dec-08 | 9-Dec-08 | 3120 | LOAN DISBURSEMENT | 362,258.86 |
| 25 | 15-Dec-08 | 15-Dec-08 | 3120 | LOAN DISBURSEMENT | 199,970.37 |
| 26 | 16-Dec-08 | 16-Dec-08 | 3120 | LOAN DISBURSEMENT | 45,821.28 |
| 27 | 17-Dec-08 | 17-Dec-08 | 3120 | LOAN DISBURSEMENT | 182,113.33 |

| # | Date | Date | Code | Description | Amount |
|---|------|------|------|-------------|--------|
| 28 | 18-Dec-08 | 18-Dec-08 | 3120 | LOAN DISBURSEMENT | 62,764.25 |
| 29 | 19-Dec-08 | 19-Dec-08 | 3120 | LOAN DISBURSEMENT | 141,854.13 |
| 30 | 22-Dec-08 | 22-Dec-08 | 3120 | LOAN DISBURSEMENT | 201,327.97 |
| 31 | 23-Dec-08 | 23-Dec-08 | 3120 | LOAN DISBURSEMENT | 72,182.78 |
| 32 | 24-Dec-08 | 24-Dec-08 | 3120 | LOAN DISBURSEMENT | 225,270.06 |
| 33 | 26-Dec-08 | 26-Dec-08 | 3120 | LOAN DISBURSEMENT | 151,494.08 |
| 34 | 29-Dec-08 | 29-Dec-08 | 3120 | LOAN DISBURSEMENT | 445,188.00 |
| 35 | 31-Dec-08 | 31-Dec-08 | 3120 | LOAN DISBURSEMENT | 148,298.57 |
| 36 | 2-Jan-09 | 2-Jan-09 | 3120 | LOAN DISBURSEMENT | 163,633.70 |
| 37 | 5-Jan-09 | 5-Jan-09 | 3120 | LOAN DISBURSEMENT | 325,851.03 |
| 38 | 6-Jan-09 | 6-Jan-09 | 3120 | LOAN DISBURSEMENT | 96,370.74 |
| 39 | 7-Jan-09 | 7-Jan-09 | 3120 | LOAN DISBURSEMENT | 116,615.08 |
| 40 | 7-Jan-09 | 7-Jan-09 | 3120 | LOAN DISBURSEMENT | 2,502.45 |
| 41 | 8-Jan-09 | 8-Jan-09 | 3120 | LOAN DISBURSEMENT | 78,406.15 |
| 42 | 9-Jan-09 | 9-Jan-09 | 3120 | LOAN DISBURSEMENT | 183,099.04 |
| 43 | 12-Jan-09 | 12-Jan-09 | 3120 | LOAN DISBURSEMENT | 194,448.96 |
| 44 | 13-Jan-09 | 13-Jan-09 | 3120 | LOAN DISBURSEMENT | 300,422.12 |
| 45 | 14-Jan-09 | 14-Jan-09 | 3120 | LOAN DISBURSEMENT | 21,327.18 |
| 46 | 15-Jan-09 | 15-Jan-09 | 3120 | LOAN DISBURSEMENT | 80,861.07 |
| 47 | 16-Jan-09 | 16-Jan-09 | 3120 | LOAN DISBURSEMENT | 172,971.25 |
| 48 | 20-Jan-09 | 20-Jan-09 | 3120 | LOAN DISBURSEMENT | 326,640.64 |
| 49 | 21-Jan-09 | 21-Jan-09 | 3120 | LOAN DISBURSEMENT | 103,186.71 |
| 50 | 22-Jan-09 | 22-Jan-09 | 3120 | LOAN DISBURSEMENT | 111,557.33 |
| 51 | 23-Jan-09 | 23-Jan-09 | 3120 | LOAN DISBURSEMENT | 154,734.69 |
| 52 | 26-Jan-09 | 26-Jan-09 | 3120 | LOAN DISBURSEMENT | 218,017.29 |
| 53 | 27-Jan-09 | 27-Jan-09 | 3120 | LOAN DISBURSEMENT | 85,905.11 |
| 54 | 28-Jan-09 | 28-Jan-09 | 3120 | LOAN DISBURSEMENT | 235,117.38 |
| 55 | 29-Jan-09 | 29-Jan-09 | 3120 | LOAN DISBURSEMENT | 120,907.29 |
| 56 | 30-Jan-09 | 30-Jan-09 | 3120 | LOAN DISBURSEMENT | 72,954.40 |
| 57 | 2-Feb-09 | 2-Feb-09 | 3120 | LOAN DISBURSEMENT | 189,708.06 |
| 58 | 4-Feb-09 | 4-Feb-09 | 3120 | LOAN DISBURSEMENT | 120,248.06 |

| # | Date | Date | Code | Description | Amount |
|---|---|---|---|---|---|
| 59 | 5-Feb-09 | 5-Feb-09 | 3120 | LOAN DISBURSEMENT | 109,671.17 |
| 60 | 6-Feb-09 | 6-Feb-09 | 3120 | LOAN DISBURSEMENT | 175,380.32 |
| 61 | 9-Feb-09 | 9-Feb-09 | 3120 | LOAN DISBURSEMENT | 240,570.98 |
| 62 | 10-Feb-09 | 10-Feb-09 | 3120 | LOAN DISBURSEMENT | 181,592.89 |
| 63 | 12-Feb-09 | 12-Feb-09 | 3120 | LOAN DISBURSEMENT | 263,058.55 |
| 64 | 13-Feb-09 | 13-Feb-09 | 3120 | LOAN DISBURSEMENT | 143,482.85 |
| 65 | 17-Feb-09 | 17-Feb-09 | 3120 | LOAN DISBURSEMENT | 419,207.95 |
| 66 | 18-Feb-09 | 18-Feb-09 | 3120 | LOAN DISBURSEMENT | 115,571.83 |
| 67 | 19-Feb-09 | 19-Feb-09 | 3120 | LOAN DISBURSEMENT | 102,621.35 |
| 68 | 20-Feb-09 | 20-Feb-09 | 3120 | LOAN DISBURSEMENT | 200,416.55 |
| 69 | 23-Feb-09 | 23-Feb-09 | 3120 | LOAN DISBURSEMENT | 216,993.08 |
| 70 | 24-Feb-09 | 24-Feb-09 | 3120 | LOAN DISBURSEMENT | 71,376.92 |
| 71 | 25-Feb-09 | 25-Feb-09 | 3120 | LOAN DISBURSEMENT | 95,784.82 |
| 72 | 26-Feb-09 | 26-Feb-09 | 3120 | LOAN DISBURSEMENT | 79,214.92 |
| 73 | 27-Feb-09 | 27-Feb-09 | 3120 | LOAN DISBURSEMENT | 273,219.26 |
| 74 | 2-Mar-09 | 2-Mar-09 | 3120 | LOAN DISBURSEMENT | 223,106.81 |
| 75 | 3-Mar-09 | 3-Mar-09 | 3120 | LOAN DISBURSEMENT | 121,137.30 |
| 76 | 4-Mar-09 | 4-Mar-09 | 3120 | LOAN DISBURSEMENT | 81,248.71 |
| 77 | 5-Mar-09 | 5-Mar-09 | 3120 | LOAN DISBURSEMENT | 92,232.05 |
| 78 | 6-Mar-09 | 6-Mar-09 | 3120 | LOAN DISBURSEMENT | 177,988.81 |
| 79 | 9-Mar-09 | 9-Mar-09 | 3120 | LOAN DISBURSEMENT | 212,890.39 |
| 80 | 10-Mar-09 | 10-Mar-09 | 3120 | LOAN DISBURSEMENT | 107,909.09 |
| 81 | 11-Mar-09 | 11-Mar-09 | 3120 | LOAN DISBURSEMENT | 67,560.22 |
| 82 | 12-Mar-09 | 12-Mar-09 | 3120 | LOAN DISBURSEMENT | 170,276.48 |
| 83 | 13-Mar-09 | 13-Mar-09 | 3120 | LOAN DISBURSEMENT | 150,420.85 |
| 84 | 16-Mar-09 | 16-Mar-09 | 3120 | LOAN DISBURSEMENT | 250,156.10 |
| 85 | 17-Mar-09 | 17-Mar-09 | 3120 | LOAN DISBURSEMENT | 266,647.47 |
| 86 | 18-Mar-09 | 18-Mar-09 | 3120 | LOAN DISBURSEMENT | 34,303.46 |
| 87 | 19-Mar-09 | 19-Mar-09 | 3120 | LOAN DISBURSEMENT | 78,994.45 |
| 88 | 20-Mar-09 | 20-Mar-09 | 3120 | LOAN DISBURSEMENT | 54,531.78 |
| 89 | 23-Mar-09 | 23-Mar-09 | 3120 | LOAN DISBURSEMENT | 201,218.74 |

| # | Date | Date | Code | Description | Amount |
|---|---|---|---|---|---|
| 90 | 24-Mar-09 | 24-Mar-09 | 3120 | LOAN DISBURSEMENT | 89,499.12 |
| 91 | 25-Mar-09 | 25-Mar-09 | 3120 | LOAN DISBURSEMENT | 132,160.80 |
| 92 | 26-Mar-09 | 26-Mar-09 | 3120 | LOAN DISBURSEMENT | 83,124.94 |
| 93 | 27-Mar-09 | 27-Mar-09 | 3120 | LOAN DISBURSEMENT | 214,278.95 |
| 94 | 30-Mar-09 | 30-Mar-09 | 3120 | LOAN DISBURSEMENT | 244,649.48 |
| 95 | 31-Mar-09 | 31-Mar-09 | 3120 | LOAN DISBURSEMENT | 144,885.07 |
| 96 | 1-Apr-09 | 1-Apr-09 | 3120 | LOAN DISBURSEMENT | 62,694.72 |
| 97 | 2-Apr-09 | 2-Apr-09 | 3120 | LOAN DISBURSEMENT | 113,156.83 |
| 98 | 3-Apr-09 | 3-Apr-09 | 3120 | LOAN DISBURSEMENT | 67,236.65 |
| 99 | 6-Apr-09 | 6-Apr-09 | 3120 | LOAN DISBURSEMENT | 288,761.94 |
| 100 | 7-Apr-09 | 7-Apr-09 | 3120 | LOAN DISBURSEMENT | 112,467.41 |
| 101 | 8-Apr-09 | 8-Apr-09 | 3120 | LOAN DISBURSEMENT | 104,937.84 |
| 102 | 9-Apr-09 | 9-Apr-09 | 3120 | LOAN DISBURSEMENT | 163,428.44 |
| 103 | 10-Apr-09 | 10-Apr-09 | 3120 | LOAN DISBURSEMENT | 18,234.94 |
| 104 | 13-Apr-09 | 13-Apr-09 | 3120 | LOAN DISBURSEMENT | 218,910.14 |
| 105 | 14-Apr-09 | 14-Apr-09 | 3120 | LOAN DISBURSEMENT | 301,055.19 |
| 106 | 15-Apr-09 | 15-Apr-09 | 3120 | LOAN DISBURSEMENT | 148,826.70 |
| 107 | 16-Apr-09 | 16-Apr-09 | 3120 | LOAN DISBURSEMENT | 79,889.00 |
| 108 | 17-Apr-09 | 17-Apr-09 | 3120 | LOAN DISBURSEMENT | 148,202.37 |
| 109 | 20-Apr-09 | 20-Apr-09 | 3120 | LOAN DISBURSEMENT | 254,545.31 |
| 110 | 21-Apr-09 | 21-Apr-09 | 3120 | LOAN DISBURSEMENT | 77,180.39 |
| 111 | 22-Apr-09 | 22-Apr-09 | 3120 | LOAN DISBURSEMENT | 159,192.85 |
| 112 | 23-Apr-09 | 23-Apr-09 | 3120 | LOAN DISBURSEMENT | 23,808.02 |
| 113 | 24-Apr-09 | 24-Apr-09 | 3120 | LOAN DISBURSEMENT | 197,218.37 |
| 114 | 27-Apr-09 | 27-Apr-09 | 3120 | LOAN DISBURSEMENT | 220,191.19 |
| 115 | 28-Apr-09 | 28-Apr-09 | 3120 | LOAN DISBURSEMENT | 117,231.34 |
| 116 | 29-Apr-09 | 29-Apr-09 | 3120 | LOAN DISBURSEMENT | 245,068.56 |
| 117 | 30-Apr-09 | 30-Apr-09 | 3120 | LOAN DISBURSEMENT | 41,936.58 |
| 118 | 1-May-09 | 1-May-09 | 3120 | LOAN DISBURSEMENT | 82,411.29 |
| 119 | 4-May-09 | 4-May-09 | 3120 | LOAN DISBURSEMENT | 310,449.16 |
| 120 | 5-May-09 | 5-May-09 | 3120 | LOAN DISBURSEMENT | 231,528.21 |

| # | Date | Date | Code | Description | Amount |
|---|---|---|---|---|---|
| 121 | 6-May-09 | 6-May-09 | 3120 | LOAN DISBURSEMENT | 49,133.48 |
| 122 | 8-May-09 | 8-May-09 | 3120 | LOAN DISBURSEMENT | 238,044.38 |
| 123 | 11-May-09 | 11-May-09 | 3120 | LOAN DISBURSEMENT | 244,911.12 |
| 124 | 12-May-09 | 12-May-09 | 3120 | LOAN DISBURSEMENT | 277,099.08 |
| 125 | 14-May-09 | 14-May-09 | 3120 | LOAN DISBURSEMENT | 57,394.60 |
| 126 | 15-May-09 | 15-May-09 | 3120 | LOAN DISBURSEMENT | 136,208.15 |
| 127 | 18-May-09 | 18-May-09 | 3120 | LOAN DISBURSEMENT | 226,417.68 |
| 128 | 19-May-09 | 19-May-09 | 3120 | LOAN DISBURSEMENT | 96,685.42 |
| 129 | 20-May-09 | 20-May-09 | 3120 | LOAN DISBURSEMENT | 59,190.09 |
| 130 | 21-May-09 | 21-May-09 | 3120 | LOAN DISBURSEMENT | 31,132.30 |
| 131 | 22-May-09 | 22-May-09 | 3120 | LOAN DISBURSEMENT | 309,607.10 |
| 132 | 26-May-09 | 26-May-09 | 3120 | LOAN DISBURSEMENT | 273,650.36 |
| 133 | 27-May-09 | 27-May-09 | 3120 | LOAN DISBURSEMENT | 1,515.26 |
| 134 | 28-May-09 | 28-May-09 | 3120 | LOAN DISBURSEMENT | 223,639.09 |
| 135 | 29-May-09 | 29-May-09 | 3120 | LOAN DISBURSEMENT | 185,995.46 |
| 136 | 1-Jun-09 | 1-Jun-09 | 3120 | LOAN DISBURSEMENT | 241,118.86 |
| 137 | 2-Jun-09 | 2-Jun-09 | 3120 | LOAN DISBURSEMENT | 138,408.61 |
| 138 | 3-Jun-09 | 3-Jun-09 | 3120 | LOAN DISBURSEMENT | 177,701.95 |
| 139 | 4-Jun-09 | 4-Jun-09 | 3120 | LOAN DISBURSEMENT | 110,796.49 |
| 140 | 5-Jun-09 | 5-Jun-09 | 3120 | LOAN DISBURSEMENT | 380,526.05 |
| 141 | 9-Jun-09 | 9-Jun-09 | 3120 | LOAN DISBURSEMENT | 168,186.15 |
| 142 | 10-Jun-09 | 10-Jun-09 | 3120 | LOAN DISBURSEMENT | 19,905.06 |
| 143 | 11-Jun-09 | 11-Jun-09 | 3120 | LOAN DISBURSEMENT | 39,852.64 |
| 144 | 12-Jun-09 | 12-Jun-09 | 3120 | LOAN DISBURSEMENT | 129,823.91 |
| 145 | 15-Jun-09 | 15-Jun-09 | 3120 | LOAN DISBURSEMENT | 336,832.58 |
| 146 | 16-Jun-09 | 16-Jun-09 | 3120 | LOAN DISBURSEMENT | 70,481.45 |
| 147 | 18-Jun-09 | 18-Jun-09 | 3120 | LOAN DISBURSEMENT | 75,101.55 |
| 148 | 19-Jun-09 | 19-Jun-09 | 3120 | LOAN DISBURSEMENT | 464,194.27 |
| 149 | 22-Jun-09 | 22-Jun-09 | 3120 | LOAN DISBURSEMENT | 83,345.46 |
| 150 | 23-Jun-09 | 23-Jun-09 | 3120 | LOAN DISBURSEMENT | 12,628.12 |
| 151 | 24-Jun-09 | 24-Jun-09 | 3120 | LOAN DISBURSEMENT | 29,204.43 |

| | | | | |
|---|---|---|---|---|
| 152 | 25-Jun-09 | 25-Jun-09 | 3120 | LOAN DISBURSEMENT | 9,945.45 |
| 153 | 26-Jun-09 | 26-Jun-09 | 3120 | LOAN DISBURSEMENT | 566,387.02 |
| 154 | 29-Jun-09 | 29-Jun-09 | 3120 | LOAN DISBURSEMENT | 125,853.15 |
| 155 | 30-Jun-09 | 30-Jun-09 | 3120 | LOAN DISBURSEMENT | 221,733.59 |
| 156 | 1-Jul-09 | 1-Jul-09 | 3120 | LOAN DISBURSEMENT | 27,608.93 |
| 157 | 2-Jul-09 | 2-Jul-09 | 3120 | LOAN DISBURSEMENT | 20,204.78 |
| 158 | 3-Jul-09 | 3-Jul-09 | 3120 | LOAN DISBURSEMENT | 286,579.60 |
| 159 | 7-Jul-09 | 7-Jul-09 | 3120 | LOAN DISBURSEMENT | 59,437.73 |
| 160 | 8-Jul-09 | 8-Jul-09 | 3120 | LOAN DISBURSEMENT | 74,525.76 |
| 161 | 9-Jul-09 | 9-Jul-09 | 3120 | LOAN DISBURSEMENT | 63,016.22 |
| 162 | 10-Jul-09 | 10-Jul-09 | 3120 | LOAN DISBURSEMENT | 500,983.06 |
| 163 | 13-Jul-09 | 13-Jul-09 | 3120 | LOAN DISBURSEMENT | 26,205.46 |
| 164 | 14-Jul-09 | 14-Jul-09 | 3120 | LOAN DISBURSEMENT | 33,141.84 |
| 165 | 15-Jul-09 | 15-Jul-09 | 3120 | LOAN DISBURSEMENT | 14,384.40 |
| 166 | 16-Jul-09 | 16-Jul-09 | 3120 | LOAN DISBURSEMENT | 36,269.71 |
| 167 | 17-Jul-09 | 17-Jul-09 | 3120 | LOAN DISBURSEMENT | 482,826.11 |
| 168 | 21-Jul-09 | 21-Jul-09 | 3120 | LOAN DISBURSEMENT | 46,288.77 |
| 169 | 22-Jul-09 | 22-Jul-09 | 3120 | LOAN DISBURSEMENT | 35,758.41 |
| 170 | 23-Jul-09 | 23-Jul-09 | 3120 | LOAN DISBURSEMENT | 428,573.68 |
| 171 | 27-Jul-09 | 27-Jul-09 | 3120 | LOAN DISBURSEMENT | 92,658.82 |
| 172 | 28-Jul-09 | 28-Jul-09 | 3120 | LOAN DISBURSEMENT | 83,387.00 |
| 173 | 29-Jul-09 | 29-Jul-09 | 3120 | LOAN DISBURSEMENT | 162,344.95 |
| 174 | 30-Jul-09 | 30-Jul-09 | 3120 | LOAN DISBURSEMENT | 17,568.77 |
| 175 | 30-Jul-09 | 30-Jul-09 | 3120 | LOAN DISBURSEMENT | 683,667.17 |
| 176 | 3-Aug-09 | 3-Aug-09 | 3120 | LOAN DISBURSEMENT | 59,885.42 |
| 177 | 4-Aug-09 | 4-Aug-09 | 3120 | LOAN DISBURSEMENT | 77,576.57 |
| 178 | 5-Aug-09 | 5-Aug-09 | 3120 | LOAN DISBURSEMENT | 32,415.55 |
| 179 | 6-Aug-09 | 6-Aug-09 | 3120 | LOAN DISBURSEMENT | 138,030.41 |
| 180 | 6-Aug-09 | 6-Aug-09 | 3120 | LOAN DISBURSEMENT | 539,848.64 |
| 181 | 10-Aug-09 | 10-Aug-09 | 3120 | LOAN DISBURSEMENT | 10,460.36 |
| 182 | 11-Aug-09 | 11-Aug-09 | 3120 | LOAN DISBURSEMENT | 6,100.00 |

| | | | | |
|---|---|---|---|---|
| 183 | 12-Aug-09 | 12-Aug-09 | 3120 | LOAN DISBURSEMENT | 110,996.46 |
| 184 | 13-Aug-09 | 13-Aug-09 | 3120 | LOAN DISBURSEMENT | 53,518.68 |
| 185 | 13-Aug-09 | 13-Aug-09 | 3120 | LOAN DISBURSEMENT | 521,400.88 |
| 186 | 17-Aug-09 | 17-Aug-09 | 3120 | LOAN DISBURSEMENT | 61,963.95 |
| 187 | 18-Aug-09 | 18-Aug-09 | 3120 | LOAN DISBURSEMENT | 49,758.86 |
| 188 | 19-Aug-09 | 19-Aug-09 | 3120 | LOAN DISBURSEMENT | 33,707.14 |
| 189 | 20-Aug-09 | 20-Aug-09 | 3120 | LOAN DISBURSEMENT | 467,391.25 |
| 190 | 25-Aug-09 | 25-Aug-09 | 3120 | LOAN DISBURSEMENT | 47,247.96 |
| 191 | 26-Aug-09 | 26-Aug-09 | 3120 | LOAN DISBURSEMENT | 15,906.00 |
| 192 | 27-Aug-09 | 27-Aug-09 | 3120 | LOAN DISBURSEMENT | 556,131.73 |
| 193 | 31-Aug-09 | 31-Aug-09 | 3120 | LOAN DISBURSEMENT | 31,610.25 |
| 194 | 1-Sep-09 | 1-Sep-09 | 3120 | LOAN DISBURSEMENT | 29,637.69 |
| 195 | 2-Sep-09 | 2-Sep-09 | 3120 | LOAN DISBURSEMENT | 15,150.69 |
| 196 | 2-Sep-09 | 2-Sep-09 | 3120 | LOAN DISBURSEMENT | 75,985.11 |
| 197 | 3-Sep-09 | 3-Sep-09 | 3120 | LOAN DISBURSEMENT | 810,808.98 |
| 198 | 8-Sep-09 | 8-Sep-09 | 3120 | LOAN DISBURSEMENT | 28,259.84 |
| 199 | 9-Sep-09 | 9-Sep-09 | 3120 | LOAN DISBURSEMENT | 26,914.24 |
| 200 | 10-Sep-09 | 10-Sep-09 | 3120 | LOAN DISBURSEMENT | 116,101.67 |
| 201 | 11-Sep-09 | 11-Sep-09 | 3120 | LOAN DISBURSEMENT | 475,508.40 |
| 202 | 14-Sep-09 | 14-Sep-09 | 3120 | LOAN DISBURSEMENT | 50,645.34 |
| 203 | 15-Sep-09 | 15-Sep-09 | 3120 | LOAN DISBURSEMENT | 33,112.78 |
| 204 | 16-Sep-09 | 16-Sep-09 | 3120 | LOAN DISBURSEMENT | 78,969.51 |
| 205 | 17-Sep-09 | 17-Sep-09 | 3120 | LOAN DISBURSEMENT | 484,577.91 |
| 206 | 24-Sep-09 | 24-Sep-09 | 3120 | LOAN DISBURSEMENT | 376,674.98 |
| 207 | 25-Sep-09 | 25-Sep-09 | 3120 | LOAN DISBURSEMENT | 106,328.85 |
| 208 | 30-Sep-09 | 30-Sep-09 | 3120 | LOAN DISBURSEMENT | 12,524.97 |
| 209 | 1-Oct-09 | 1-Oct-09 | 3120 | LOAN DISBURSEMENT | 258,205.78 |
| 210 | 1-Oct-09 | 1-Oct-09 | 3120 | LOAN DISBURSEMENT | 490,269.06 |
| 211 | 2-Oct-09 | 2-Oct-09 | 3120 | LOAN DISBURSEMENT | 100,667.99 |
| 212 | 6-Oct-09 | 6-Oct-09 | 3120 | LOAN DISBURSEMENT | 29,334.50 |
| 213 | 7-Oct-09 | 7-Oct-09 | 3120 | LOAN DISBURSEMENT | 60,629.64 |

| | | | | |
|---|---|---|---|---|
| 214 | 8-Oct-09 | 8-Oct-09 | 3120 | LOAN DISBURSEMENT | 546,972.51 |
| 215 | 14-Oct-09 | 14-Oct-09 | 3120 | LOAN DISBURSEMENT | 91,368.56 |
| 216 | 15-Oct-09 | 15-Oct-09 | 3120 | LOAN DISBURSEMENT | 580,688.98 |
| 217 | 15-Oct-09 | 15-Oct-09 | 3120 | LOAN DISBURSEMENT | 446,730.94 |
| 218 | 19-Oct-09 | 19-Oct-09 | 3120 | LOAN DISBURSEMENT | 16,025.33 |
| 219 | 20-Oct-09 | 20-Oct-09 | 3120 | LOAN DISBURSEMENT | 17,614.89 |
| 220 | 21-Oct-09 | 21-Oct-09 | 3120 | LOAN DISBURSEMENT | 33,314.05 |
| 221 | 22-Oct-09 | 22-Oct-09 | 3120 | LOAN DISBURSEMENT | 470,973.85 |
| 222 | 27-Oct-09 | 27-Oct-09 | 3120 | LOAN DISBURSEMENT | 252,491.39 |
| 223 | 28-Oct-09 | 28-Oct-09 | 3120 | LOAN DISBURSEMENT | 83,989.46 |
| 224 | 29-Oct-09 | 29-Oct-09 | 3120 | LOAN DISBURSEMENT | 439,960.73 |
| 225 | 5-Nov-09 | 5-Nov-09 | 3120 | LOAN DISBURSEMENT | 520,866.08 |
| 226 | 13-Nov-09 | 13-Nov-09 | 3120 | LOAN DISBURSEMENT | 597,985.91 |
| 227 | 19-Nov-09 | 19-Nov-09 | 3120 | LOAN DISBURSEMENT | 343,681.23 |
| 228 | 20-Nov-09 | 20-Nov-09 | 3120 | LOAN DISBURSEMENT | 36,969.31 |
| 229 | 23-Nov-09 | 23-Nov-09 | 3120 | LOAN DISBURSEMENT | 203,600.43 |
| 230 | 27-Nov-09 | 27-Nov-09 | 3120 | LOAN DISBURSEMENT | 656,832.03 |
| 231 | 2-Dec-09 | 2-Dec-09 | 3120 | LOAN DISBURSEMENT | 13,687.77 |
| 232 | 3-Dec-09 | 3-Dec-09 | 3120 | LOAN DISBURSEMENT | 550,684.88 |
| 233 | 10-Dec-09 | 10-Dec-09 | 3120 | LOAN DISBURSEMENT | 772,404.58 |
| 234 | 17-Dec-09 | 17-Dec-09 | 3120 | LOAN DISBURSEMENT | 677,752.87 |
| 235 | 24-Dec-09 | 24-Dec-09 | 3120 | LOAN DISBURSEMENT | 604,205.45 |
| 236 | 30-Dec-09 | 30-Dec-09 | 3120 | LOAN DISBURSEMENT | 681,224.05 |
| 237 | 5-Jan-10 | 5-Jan-10 | 3120 | LOAN DISBURSEMENT | 213,019.20 |
| 238 | 7-Jan-10 | 7-Jan-10 | 3120 | LOAN DISBURSEMENT | 704,799.63 |
| 239 | 14-Jan-10 | 14-Jan-10 | 3120 | LOAN DISBURSEMENT | 911,904.56 |
| 240 | 20-Jan-10 | 20-Jan-10 | 3120 | LOAN DISBURSEMENT | 95,632.55 |
| 241 | 21-Jan-10 | 21-Jan-10 | 3120 | LOAN DISBURSEMENT | 626,395.27 |
| 242 | 28-Jan-10 | 28-Jan-10 | 3120 | LOAN DISBURSEMENT | 851,228.54 |
| 243 | 4-Feb-10 | 4-Feb-10 | 3120 | LOAN DISBURSEMENT | 388,974.74 |
| 244 | 8-Feb-10 | 8-Feb-10 | 3120 | LOAN DISBURSEMENT | 93,056.57 |

| | | | | |
|---|---|---|---|---|
| 245 | 11-Feb-10 | 11-Feb-10 | 3120 | LOAN DISBURSEMENT | 1,182,532.58 |
| 246 | 18-Feb-10 | 18-Feb-10 | 3120 | LOAN DISBURSEMENT | 811,723.37 |
| 247 | 26-Feb-10 | 26-Feb-10 | 3120 | LOAN DISBURSEMENT | 330,978.41 |
| 248 | 26-Feb-10 | 26-Feb-10 | 3120 | LOAN DISBURSEMENT | 796,489.93 |
| 249 | 3-Mar-10 | 3-Mar-10 | 3120 | LOAN DISBURSEMENT | 40,936.34 |
| 250 | 4-Mar-10 | 4-Mar-10 | 3120 | LOAN DISBURSEMENT | 803,618.42 |
| 251 | 8-Mar-10 | 8-Mar-10 | 3120 | LOAN DISBURSEMENT | 110,853.80 |
| 252 | 11-Mar-10 | 11-Mar-10 | 3120 | LOAN DISBURSEMENT | 610,934.87 |
| 253 | 15-Mar-10 | 15-Mar-10 | 3120 | LOAN DISBURSEMENT | 91,542.11 |
| 254 | 18-Mar-10 | 18-Mar-10 | 3120 | LOAN DISBURSEMENT | 633,549.99 |
| 255 | 23-Mar-10 | 23-Mar-10 | 3120 | LOAN DISBURSEMENT | 69,386.14 |
| 256 | 25-Mar-10 | 25-Mar-10 | 3120 | LOAN DISBURSEMENT | 3,268.91 |
| 257 | 25-Mar-10 | 25-Mar-10 | 3120 | LOAN DISBURSEMENT | 928,418.22 |
| 258 | 30-Mar-10 | 30-Mar-10 | 3120 | LOAN DISBURSEMENT | 435,538.73 |
| 259 | 2-Apr-10 | 2-Apr-10 | 3120 | LOAN DISBURSEMENT | 528,555.14 |
| 260 | 6-Apr-10 | 6-Apr-10 | 3120 | LOAN DISBURSEMENT | 131,568.01 |
| 261 | 8-Apr-10 | 8-Apr-10 | 3120 | LOAN DISBURSEMENT | 714,927.59 |
| 262 | 13-Apr-10 | 13-Apr-10 | 3120 | LOAN DISBURSEMENT | 130,865.67 |
| 263 | 15-Apr-10 | 15-Apr-10 | 3120 | LOAN DISBURSEMENT | 624,877.44 |
| 264 | 20-Apr-10 | 20-Apr-10 | 3120 | LOAN DISBURSEMENT | 95,986.54 |
| 265 | 22-Apr-10 | 22-Apr-10 | 3120 | LOAN DISBURSEMENT | 594,688.78 |
| 266 | 27-Apr-10 | 27-Apr-10 | 3120 | LOAN DISBURSEMENT | 406,987.88 |
| 267 | 29-Apr-10 | 29-Apr-10 | 3120 | LOAN DISBURSEMENT | 694,911.32 |
| 268 | 5-May-10 | 5-May-10 | 3120 | LOAN DISBURSEMENT | 149,310.06 |
| 269 | 6-May-10 | 6-May-10 | 3120 | LOAN DISBURSEMENT | 517,007.58 |
| 270 | 6-May-10 | 7-May-10 | 3120 | LOAN DISBURSEMENT | 610,021.18 |
| 271 | 11-May-10 | 11-May-10 | 3120 | LOAN DISBURSEMENT | 336,683.73 |
| 272 | 13-May-10 | 13-May-10 | 3120 | LOAN DISBURSEMENT | 530,578.00 |
| 273 | 18-May-10 | 19-May-10 | 3120 | LOAN DISBURSEMENT | 289,836.67 |
| 274 | 20-May-10 | 20-May-10 | 3120 | LOAN DISBURSEMENT | 356,536.62 |
| 275 | 26-May-10 | 26-May-10 | 3120 | LOAN DISBURSEMENT | 428,914.21 |

| | | | | |
|---|---|---|---|---|
| 276 | 28-May-10 | 28-May-10 | 3120 | LOAN DISBURSEMENT | 289,097.04 |
| 277 | 1-Jun-10 | 1-Jun-10 | 3120 | LOAN DISBURSEMENT | 329,570.07 |
| 278 | 3-Jun-10 | 3-Jun-10 | 3120 | LOAN DISBURSEMENT | 411,281.69 |
| 279 | 10-Jun-10 | 10-Jun-10 | 3120 | LOAN DISBURSEMENT | 367,265.05 |
| 280 | 15-Jun-10 | 15-Jun-10 | 3120 | LOAN DISBURSEMENT | 623,547.18 |
| 281 | 17-Jun-10 | 17-Jun-10 | 3120 | LOAN DISBURSEMENT | 474,795.25 |
| 282 | 22-Jun-10 | 22-Jun-10 | 3120 | LOAN DISBURSEMENT | 516,824.31 |
| 283 | 28-Jun-10 | 28-Jun-10 | 3120 | LOAN DISBURSEMENT | 257,184.15 |
| 284 | 1-Jul-10 | 1-Jul-10 | 3120 | LOAN DISBURSEMENT | 252,568.55 |
| 285 | 2-Jul-10 | 2-Jul-10 | 3120 | LOAN DISBURSEMENT | 355,293.45 |
| 286 | 8-Jul-10 | 8-Jul-10 | 3120 | LOAN DISBURSEMENT | 544,611.27 |
| 287 | 13-Jul-10 | 13-Jul-10 | 3120 | LOAN DISBURSEMENT | 751,903.46 |
| 288 | 15-Jul-10 | 15-Jul-10 | 3120 | LOAN DISBURSEMENT | 193,125.15 |
| 289 | 19-Jul-10 | 19-Jul-10 | 3120 | LOAN DISBURSEMENT | 603,510.07 |
| 290 | 20-Jul-10 | 20-Jul-10 | 3120 | LOAN DISBURSEMENT | 601,113.02 |
| 291 | 27-Jul-10 | 27-Jul-10 | 3120 | LOAN DISBURSEMENT | 768,955.09 |
| 292 | 29-Jul-10 | 29-Jul-10 | 3120 | LOAN DISBURSEMENT | 519,346.07 |
| 293 | 3-Aug-10 | 3-Aug-10 | 3120 | LOAN DISBURSEMENT | 197,614.82 |
| 294 | 5-Aug-10 | 5-Aug-10 | 3120 | LOAN DISBURSEMENT | 311,754.18 |
| 295 | 10-Aug-10 | 10-Aug-10 | 3120 | LOAN DISBURSEMENT | 495,082.68 |
| 296 | 12-Aug-10 | 12-Aug-10 | 3120 | LOAN DISBURSEMENT | 836,387.22 |
| 297 | 17-Aug-10 | 17-Aug-10 | 3120 | LOAN DISBURSEMENT | 225,302.12 |
| 298 | 19-Aug-10 | 19-Aug-10 | 3120 | LOAN DISBURSEMENT | 615,613.69 |
| 299 | 23-Aug-10 | 23-Aug-10 | 3120 | LOAN DISBURSEMENT | 125,000.00 |
| 300 | 24-Aug-10 | 24-Aug-10 | 3120 | LOAN DISBURSEMENT | 26,631.40 |
| 301 | 26-Aug-10 | 26-Aug-10 | 3120 | LOAN DISBURSEMENT | 285,347.32 |

| 301 | 72,195,736.40 |
|---|---|