EXHIBIT "12"

1805 Providence Avenue
Niskayuna, New York 12309
(518) - 374 - 2212 Ext# 3535
fax (518) - 381 – 9068

**Highgate LTC Management, LLC**

# Fax

| | | | |
|---|---|---|---|
| **To:** Joseph Barber | | **From:** Gerald Vilaire | |
| **Fax:** 866-717-6539 | | **Pages:** 24 including cover | |
| **Phone:** | | **Date:** 11/10/2008 | |
| **Re:** BBC | | **CC:** | |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **Please Recycle**

● **Comments:**

Joseph,

Please wire on Wednesday November 12 2008 $307,193.03 to Highgate LTC Management, LLC  4001080396@ Citizens Bank.

Please call or e-mail me with any questions or to confirm that all is o.k. for processing.

Thank you.

Gerald.

| | Highgate LTC Management, LLC | | | | |
|---|---|---|---|---|---|

Borrowing Base Certificate
as of 11/12/08

I, Diane Shea, hereby certify that I am Director of Finance of Highgate LTC Management, LLC ("Borrower"), and am authorized to make the certifications hereunder in accordance with the Loan and Security Agreement dated May 25, 2005 (the "Loan Agreement") between Borrower and General Electric Capital Corporation ("Lender").

(a.) This Certificate is given to Lender in order to induce Lender on the date hereof to make an advance to Borrower in the principal amount of $307,193.03 pursuant to the terms and conditions of the Loan Agreement. The following information is provided in connection with this advance request:

## I. Computation of Collateral

**Medicaid Receivables**

| | # of Days | Rate | | | |
|---|---|---|---|---|---|
| Billed Accounts (per aging dated 11/12/08 days) | | | 1 | $ | 1,757,573.35 |
| Plus: Adjustments (e.g. billing estimate for 3,268 Days) | 3,268 | $ 192.05 | 2 | $ | 627,619.40 |
| Less: Ineligible accounts over 150 days | | | 3 | $ | 212,307.19 |
| Credit Balances/Refunds over 150 days | | | 4 | $ | - |
| Eligible Accounts | | | 5 | $ | 2,172,885.56 |
| Liquidity Factor: | | | 6 | | 95% |
| Total Eligible Accounts (line 5 times line 6) | | | 7 | $ | 2,064,241.28 |

**Medicaid Receivables (PENDING)**

| | # of Days | Rate | | | |
|---|---|---|---|---|---|
| Billed Accounts (per aging dated 11/12/08 days) | | | 1a | $ | 456,900.65 |
| Plus: Adjustments (e.g. billing estimate for 251 days) | 251 | $ 192.05 | 2a | $ | 48,204.55 |
| Less: Ineligible accounts over 150 days | | | 3a | $ | 151,898.05 |
| Credit Balances/Refunds over 150 days | | | 4a | $ | - |
| Eligible Accounts | | | 5a | $ | 353,207.15 |
| Liquidity Factor: | | | 6a | | 88% |
| Total Eligible Accounts (line 5 times line 6) | | | 7a | $ | 310,822.29 |

**Medicare Receivables**

| | # of Days | Rate | | | |
|---|---|---|---|---|---|
| Billed Accounts (per aging dated 11/12/08 days) | | | 8 | $ | 407,510.56 |
| Plus: Adjustments (e.g. billing estimate for 759 days) | 759 | $ 287.24 | 9 | $ | 218,015.16 |
| Less: Ineligible accounts over 150 days | | | 10 | $ | 25,574.10 |
| Credit Balances/Refunds over 150 days | | | 11 | $ | - |
| Eligible Accounts | | | 12 | $ | 599,951.62 |
| Liquidity Factor: | | | 13 | | 95% |
| Total Eligible Accounts (line 12 times line 13) | | | 14 | $ | 569,954.04 |

**Commercial Receivables**

| | # of Days | Rate | | | |
|---|---|---|---|---|---|
| Billed Accounts (per aging dated 11/12/08 days) | | | 15 | $ | 602,702.81 |
| Plus: Adjustments (e.g. billing estimate for 236 days) | 236 | $ 432.55 | 16 | $ | 102,081.80 |
| Less: Ineligible accounts over 150 days | | | 17 | $ | 66,431.56 |
| Cross Aging (greater than 50% of Account over 150 days) | | | 18 | $ | - |
| Credit Balances/Refunds over 150 days | | | 19 | $ | - |
| Eligible Accounts | | | 20 | $ | 638,353.05 |
| Liquidity Factor: | | | 21 | | 95% |
| Total Eligible Accounts (line 20 times line 21) | | | 22 | $ | 606,435.40 |

## II. Computation of Availability

| | | | |
|---|---|---|---|
| Total Eligible Accounts | 23 | $ | 3,551,453.01 |
| Less: Total Gross Collections since last aging date | 24 | $ | - |
| Less: Unapplied cash | 25 | $ | |
| Less: Credit Balances/Refunds over 150 days | 26 | $ | 105,673.11 |
| Net Eligible Accounts | 27 | $ | 3,445,779.90 |
| Advance Rate | 28 | | 85% |
| Adjustments: Reserve for Cash Receipts Assessment | 28(a) | $ | - |
| Adjustments: Reserve for IRS | 28(b) | $ | - |
| Total Borrowing Availability (line 27 times line 28) | 29 | $ | 2,928,912.92 |
| Commitment Amount | 29(a) | $ | 3,475,000.00 |

## III. Computation of Loan

| | | | |
|---|---|---|---|
| Loan Balance on last Borrowing Base Certificate dated 11/10/08 | 30 | $ | 2,653,068.75 |
| Less: Gross A/R Collections since last Borrowing Base Certificate | 31 | $ | 31,348.86 |
| Adjustments: Increase or (Decrease) | 32 | $ | - |
| Adjusted Loan Balance | 33 | $ | 2,621,719.89 |
| Availability before Loan Request (line 29 or 29a less line 33) | 34 | $ | 307,193.03 |
| The undersigned requests a loan in the amount of: | 35 | $ | 307,193.03 |
| New loan balance (line 32 plus line 34) | 36 | $ | 2,928,912.92 |
| Remaining availability (line 33 less line 34) | 37 | $ | - |

(b) As of the date hereof, Borrower hereby acknowledges that the Loan is currently in default and that the Lender has no further obligation to fund under the Loan Agreement.
(c) Intentionally deleted.
(d) As of the date hereof, the representations and warranties contained in the Loan Agreement are true in every respect, with the same effect as though such representations and warranties had been made on the date hereof.
(e) After the making of the advance requested by this Certificate, the total aggregate principal amount outstanding under the Loan Agreement will be approximately $2,928,912.92.
(f) Borrower's most recent Accounts Receivable Aging Report, date as of 11/10/08 including all necessary and appropriate documentation required to interpret the Report and to complete this Borrowing Base Certificate), is attached hereto and made a part hereof. All Accounts included on such reports have been properly billed and collections have been properly posted to the respective Accounts to reduce Eligible Accounts accordingly. All proceeds of Accounts that have not been posted to the Accounts reported herein (including unbilled and/or estimated Accounts) have been disclosed to Lender on line 23 herein.
(g) As of the date hereof, Borrower has paid all State and Federal payroll withholding taxes immediately due and payable through 11/07/08.
(h) As of the date hereof, Borrower certifies that its census is as follows:

|  | Cortland | Troy | Hilltop | Rosewood | Total |
| --- | --- | --- | --- | --- | --- |
| Total Beds in service | 200 | 120 | 112 | 80 | 512 |
| Total Beds available | 174 | 120 | 112 | 80 | 486 |
| Total Beds occupied | 126 | 97 | 82 | 78 | 383 |
| Occupancy % | 72.4% | 80.8% | 73.2% | 97.5% | 78.8% |
| Total occupied beds, prior BBC | 123 | 98 | 83 | 77 | 381 |
| Occupancy % prior BBC | 70.7% | 81.7% | 74.1% | 96.3% | 78.4% |
| Change in occupancy rates (beds) | 3 | -1 | -1 | 1 | 2 |
| Change in occupancy rates (%) | 1.7% | -0.8% | -0.9% | 1.3% | 0.4% |

(i) Borrower acknowledges that the Event(s) of Default identified in Lender's February 17, 2006, March 9, 2006 and October 4, 2006 letters still exist and remain uncured, and that, by making an advance pursuant to this Borrowing Base Certificate, Lender does not waive these or any other existing Event(s) of Default, and reserves all of its rights and remedies under the Loan Agreement, or otherwise. Borrower acknowledges that after this advance, $2,928,912.92 plus osts and fees is justly due and owing to Lender without setoff, defense or counterclaim. By accepting an advance from Lender, Borrower agrees to waive and release Lender from all claims, demands, causes of action (whether known or unknown) based in whole or in part on acts or omissions of Lender relating to the Loan Agreement.

By: [signature]
Name: Shannon McHale
Title: Corp Dir HR + Ins an Svcs

## Brenda Tanner

**From:** Fredenburgh, Amy L (GE Comm Fin) [amy.fredenburgh@ge.com]
**Sent:** Monday, August 03, 2009 2:15 PM
**To:** Brenda Tanner
**Cc:** Gerald Vilaire
**Subject:** BBC for 08-03-2009.xls
**Attachments:** 08-03-2009.xls

Brenda,

Please include the "Total Capitalized" amount stated below on line 32 of the attached Excel file. You will notice that line 35 will automatically update itself to $59,885.42. This is the amount that is available to borrow today. Once complete, please print out the BBC, have it signed by an office of the company, and fax it to me at 1 866 798 5142.

I'm going to step out to lunch in a few moments, but if you need additional assistance please call me and I'll get back to you.

**Highgate RLOC Loan Ending in 6088 - Total Capitalized $15,666.44**
$12,423.64 - Interest
$2,883.16 - Default
$69.69 - Unused Line Fee
$289.95 - Management Fee

Thanks,
Amy

**Amy Fredenburgh**
Portfolio Analyst
GE Capital, Healthcare Financial Services
T +1 312 441 7869
F +1 866 798 5142
E amy.fredenburgh@ge.com

500 W. Monroe, 13th Floor
Chicago, IL 60661

GE imagination at work

---

**From:** Gerald Vilaire [mailto:gerald.vilaire@northwoodshealth.net]
**Sent:** Friday, July 31, 2009 11:25 AM
**To:** Arrowsmith, Richard (GE Comm Fin); Fredenburgh, Amy L (GE Comm Fin)
**Cc:** Nnzs@aol.com; Jeff Hoffman; Ari Platschek; Shannon McHale
**Subject:** 08-03-2009.xls

<<08-03-2009.xls>>

1805 Providence Avenue
Niskayuna, New York 12309
(518) - 374 - 2212 Ext# 3535
fax (518) - 381 – 9068

**Highgate LTC Management, LLC**



# Fax

| | | | |
|---|---|---|---|
| **To:** Amy Fredenburgh | | **From:** Gerald Vilaire – Brenda Tanner | |
| **Fax:** 866-717-6539 | | **Pages:** 24 including cover | |
| **Phone:** | | **Date:** 8/3/09 | |
| **Re:** BBC | | **CC:** | |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **Please Recycle**

● **Comments:**

Amy,

BBC revised for deposit for 8/3/09

Please wire on Monday August 3, 2009 $59,885.42 to Highgate LTC Management, LLC  4001080396@ Citizens Bank.

Please call or e-mail me with any questions or to confirm that all is o.k. for processing.

Thank you.

Gerald – Brenda.

# Highgate LTC Management, LLC

Borrowing Base Certificate
as of 08/03/09

I, Gerald Vilaire, hereby certify that I am Accountant of Highgate LTC Management, LLC ("Borrower"), and am authorized to make the certifications hereunder in accordance with the Loan and Security Agreement dated May 25, 2005 (the "Loan Agreement") between Borrower and General Electric Capital Corporation ("Lender").

(a.) This Certificate is given to Lender in order to induce Lender on the date hereof to make an advance to Borrower in the principal amount of $59,885.42 pursuant to the terms and conditions of the Loan Agreement. The following information is provided in connection with this advance request:

## I. Computation of Collateral

### Medicaid Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 08/03/09 days) | | | 1 | $ 2,766,208.72 |
| Plus: Adjustments (e.g. billing estimate for 2,341 Days) | 2,341 | $ 192.05 | 2 | $ 449,589.05 |
| Less: Ineligible accounts over 150 days | | | 3 | $ 273,425.59 |
| Other Reserves | | | 4 | $ - |
| Eligible Accounts | | | 5 | $ 2,942,372.18 |
| Liquidity Factor: | | | 6 | 95% |
| Total Eligible Accounts (line 5 times line 6) | | | 7 | $ 2,795,253.57 |

### Medicaid Receivables (PENDING)

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 08/03/09 days) | | | 1a | $ 498,922.69 |
| Plus: Adjustments (e.g. billing estimate for 461 days) | 461 | $ 192.05 | 2a | $ 88,535.05 |
| Less: Ineligible accounts over 150 days | | | 3a | $ 168,042.85 |
| Other Reserves | | | 4a | $ - |
| Eligible Accounts | | | 5a | $ 419,414.89 |
| Liquidity Factor: | | | 6a | 88% |
| Total Eligible Accounts (line 5 times line 6) | | | 7a | $ 369,085.10 |

### Medicare Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 08/03/09 days) | | | 8 | $ 170,815.65 |
| Plus: Adjustments (e.g. billing estimate for 1,102 days) | 1,102 | $ 287.24 | 9 | $ 316,538.48 |
| Less: Ineligible accounts over 150 days | | | 10 | $ 80,873.74 |
| Less: Ineligible AR on aging due to Troy DPNA | | | | $ - |
| Less: Ineligible Unbilled AR due to Troy DPNA | | | | $ - |
| Other Reserves | | | 11 | $ - |
| Eligible Accounts | | | 12 | $ 406,480.39 |
| Liquidity Factor: | | | 13 | 95% |
| Total Eligible Accounts (line 12 times line 13) | | | 14 | $ 386,156.37 |

### Commercial Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 08/03/09 days) | | | 15 | $ 841,666.17 |
| Plus: Adjustments (e.g. billing estimate for 1,032 days) | 1,032 | $ 432.55 | 16 | $ 446,391.60 |
| Less: Ineligible accounts over 150 days | | | 17 | $ 125,331.26 |
| Cross Aging (greater than 50% of Account over 150 days) | | | 18 | $ - |
| Other Reserves | | | 19 | $ - |
| Eligible Accounts | | | 20 | $ 1,162,726.51 |
| Liquidity Factor: | | | 21 | 95% |
| Total Eligible Accounts (line 20 times line 21) | | | 22 | $ 1,104,590.18 |

## II. Computation of Availability

| | | | |
|---|---|---|---|
| Total Eligible Accounts | | 23 | $ 4,655,085.23 |
| Less: Total Gross Collections since last aging date | | 24 | $ - |
| Less: Unapplied cash | | 25 | $ - |
| Less: | | 26 | $ - |
| Net Eligible Accounts | | 27 | $ 4,655,085.23 |
| Advance Rate | | 28 | 85% |
| Adjustments: Reserve for Cash Receipts Assessment | | 28(a) | $ - |
| Adjustments: Reserve for IRS | | 28(b) | $ - |
| Adjustment Medicare Payment received during the DNPA | | 28(c) | $ - |
| Adjustment Outstanding CMP | | 28(d) | |
| Less: Credit Balances/Refunds over 150 days | | 28(c) | $ 128,604.45 |
| Total Borrowing Availability (line 27 times line 28) | | 29 | $ 3,828,217.99 |
| | Commitment Amount | 29(a) | $ 3,475,000.00 |

## III. Computation of Loan

| | | |
|---|---|---|
| Loan Balance on last Borrowing Base Certificate dated 07/31/09 | 30 | $ 3,475,000.00 |
| Less: Gross A/R Collections since last Borrowing Base Certificate | 31 | 75,551.86 |
| Adjustments: Increase or (Decrease) | 32 | $ 15,666.44 |
| Adjusted Loan Balance | 33 | $ 3,415,114.58 |
| Availability before Loan Request (line 29 or 29a less line 33) | 34 | $ 59,885.42 |
| The undersigned requests a loan in the amount of: | 35 | $ 59,885.42 |
| New loan balance (line 32 plus line 34) | 36 | $ 3,475,000.00 |
| Remaining availability (line 33 less line 34) | 37 | $ - |

(b)   As of the date hereof, Borrower hereby acknowledges that the Loan is currently in default and that the Lender has no further obligation to fund under the Loan Agreement.
(c)   Intentionally deleted.
(d)   As of the date hereof, the representations and warranties contained in the Loan Agreement are true in every respect, with the same effect as though such representations and warranties had been made on the date hereof.
(e)   After the making of the advance requested by this Certificate, the total aggregate principal amount outstanding under the Loan Agreement will be approximately $3,475,000.00
(f)   Borrower's most recent Accounts Receivable Aging Report, date as of 07/31/09 including all necessary and appropriate documentation required to interpret the Report and to complete this Borrowing Base Certificate), is attached hereto and made a part hereof. All Accounts included on such reports have been properly billed and collections have been properly posted to the respective Accounts to reduce Eligible Accounts accordingly. All proceeds of Accounts that have not been posted to the Accounts reported herein (including unbilled and/or estimated Accounts) have been disclosed to Lender on line 23 herein.
(g)   As of the date hereof, Borrower has paid all State and Federal payroll withholding taxes immediately due and payable through 07/31/09.
(h)   As of the date hereof, Borrower certifies that its census is as follows:

|  | Cortland | Troy | Hilltop | Rosewood | Total |
| --- | --- | --- | --- | --- | --- |
| Total Beds in service | 200 | 120 | 112 | 80 | 512 |
| Total Beds available | 200 | 120 | 112 | 80 | 512 |
| Total Beds occupied | 173 | 91 | 97 | 78 | 439 |
| Occupancy % | 86.5% | 75.8% | 86.6% | 97.5% | 85.7% |
| Total occupied beds, prior BBC | 172 | 95 | 100 | 77 | 444 |
| Occupancy % prior BBC | 86.0% | 79.2% | 89.3% | 96.3% | 86.7% |
| Change in occupancy rates (beds) | 1 | -4 | -3 | 1 | -5 |
| Change in occupancy rates (%) | 0.5% | -3.3% | -2.7% | 1.3% | -1.4% |

(i)   Borrower acknowledges that the Event(s) of Default identified in Lender's February 17, 2006, March 9, 2006 and October 4, 2006 letters still exist and remain uncured, and that, by making an advance pursuant to this Borrowing Base Certificate, Lender does not waive these or any other existing Event(s) of Default, and reserves all of its rights and remedies under the Loan Agreement, or otherwise. Borrower acknowledges that after this advance, $3,475,000.00 plus osts and fees is justly due and owing to Lender without setoff, defense or counterclaim. By accepting an advance from Lender, Borrower agrees to waive and release Lender from all claims, demands, causes of action (whether known or unknown) based in whole or in part on acts or omissions of Lender relating to the Loan Agreement.

By: _[signature]_
Name: _[signature]_
Title: _[signature]_

1805 Providence Avenue
Niskayuna, New York 12309
(518) - 374 - 2212 Ext# 3209
fax (518) - 381 – 9068


**Highgate LTC Management, LLC**

# Fax

| | | | |
|---|---|---|---|
| **To:** Geldon Vilahu | | **From:** Gerald Vilaire – Brenda Tanner | |
| **Fax:** 203-229-5792 | | **Pages:** 24 including cover | |
| **Phone:** | | **Date:** 08/26/2010 | |
| **Re:** BBC | | **CC:** | |

**Urgent**   **For Review**   **Please Comment**   **Please Reply**   **Please Recycle**

---

● **Comments:**

Geldon,

Please wire on Thursday August 26 2010 $285,347.32 to Highgate LTC Management, LLC  4001080396@ Citizens Bank.

Please call or e-mail me with any questions or to confirm that all is o.k. for processing.

Thank you.

Gerald. - Brenda

**Highgate LTC Management, LLC**

Borrowing Base Certificate
as of 8/26/10

I, Gerald Vilaire, hereby certify that I am Accountant of Highgate LTC Management, LLC ("Borrower"), and am authorized to make the certifications hereunder in accordance with the Loan and Security Agreement dated May 25, 2005 (the "Loan Agreement") between Borrower and General Electric Capital Corporation ("Lender").

(a) This Certificate is given to Lender in order to induce Lender on the date hereof to make an advance to Borrower in the principal amount of $285,347.32 pursuant to the terms and conditions of the Loan Agreement. The following information is provided in connection with this advance request:

## I. Computation of Collateral

### Medicaid Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 8/26/10 days) | | | 1 | $ 4,514,703.11 |
| Plus: Adjustments (e.g. billing estimate for 1,691 Days) | 1,691 | $ 192.05 | 2 | $ 324,756.55 |
| Less: Ineligible accounts over 150 days | | | 3 | $ 1,312,117.44 |
| Other Reserves | | | 4 | $ - |
| Eligible Accounts | | | 5 | $ 3,527,342.22 |
| Liquidity Factor: | | | 6 | 88% |
| Total Eligible Accounts (line 5 times line 6) | | | 7 | $ 3,104,061.15 |

### Medicaid Receivables (PENDING)

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 8/26/10 days) | | | 1a | $ - |
| Plus: Adjustments (e.g. billing estimate for 0.00 days) | - | $ 192.05 | 2a | $ - |
| Less: Ineligible accounts over 150 days | | | 3a | $ - |
| Other Reserves | | | 4a | $ - |
| Eligible Accounts | | | 5a | $ - |
| Liquidity Factor: | | | 6a | 88% |
| Total Eligible Accounts (line 5 times line 6) | | | 7a | $ - |

### Medicare Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 8/26/10 days) | | | 8 | $ 271,420.19 |
| Plus: Adjustments (e.g. billing estimate for 1,013 days) | 1,013 | $ 287.24 | 9 | $ 290,974.12 |
| Less: Ineligible accounts over 150 days | | | 10 | $ 167,659.60 |
| Less: Ineligible AR on aging due to Troy DPNA | | | | $ - |
| Less: Ineligible Unbilled AR due to Troy DPNA | | | | $ - |
| Other Reserves | | | 11 | $ - |
| Eligible Accounts | | | 12 | $ 394,734.71 |
| Liquidity Factor: | | | 13 | 88% |
| Total Eligible Accounts (line 12 times line 13) | | | 14 | $ 347,366.54 |

### Commercial Receivables

| | # of Days | Rate | | |
|---|---|---|---|---|
| Billed Accounts (per aging dated 8/26/10 days) | | | 15 | $ 1,876,444.98 |
| Plus: Adjustments (e.g. billing estimate for 882 days) | 882 | $ 237.00 | 16 | $ 209,034.00 |
| Less: Ineligible accounts over 150 days | | | 17 | $ 598,140.74 |
| Cross Aging (greater than 50% of Account over 150 days) | | | 18 | $ - |
| Other Reserves | | | 19 | $ - |
| Eligible Accounts | | | 20 | $ 1,287,338.24 |
| Liquidity Factor: | | | 21 | 88% |
| Total Eligible Accounts (line 20 times line 21) | | | 22 | $ 1,132,857.65 |

## II. Computation of Availability

| | | |
|---|---|---|
| Total Eligible Accounts | 23 | $ 4,584,285.35 |
| Less: Total Gross Collections since last aging date | 24 | $ - |
| Less: Unapplied cash | 25 | $ - |
| Less: | 26 | $ - |
| Net Eligible Accounts | 27 | $ 4,584,285.35 |
| Advance Rate | 28 | 85% |
| Adjustments: Reserve for Cash Receipts Assessment | 28(a) | $ - |
| Adjustments: Reserve for IRS | 28(b) | $ - |
| Adjustment Medicare Payment received during the DNPA | 28(c) | $ - |
| Adjustment Outstanding CMP | 28(d) | $ 196,215.00 |
| Less: Credit Balances/Refunds over 150 days | 28(e) | $ 176,738.94 |
| Less: Medicaid Pending | 28(f) | $ 40,000.00 |
| Less: AP Arrearages | 28(g) | $ - |
| Less: Unbilled Medicaid | 28(h) | $ 557,254.00 |
| Total Borrowing Availability (line 27 times line 28) | 29 | $ 2,926,434.61 |
| Commitment Amount | 29(a) | $ 3,475,000.00 |
| TAX RESERVE | 29(b) | $ 25,000.00 |
| QUALIFIED COLL INCL RSRV | 29© | $ 2,901,434.61 |

## III. Computation of Loan

| | | |
|---|---|---|
| Loan Balance on last Borrowing Base Certificate dated 8/24/10 | 30 | $ 3,409,203.81 |
| Less: Gross A/R Collections since last Borrowing Base Certificate | 31 | $ 794,116.52 |
| Adjustments: Increase or (Decrease) | 32 | $ 1,000.00 |
| Adjusted Loan Balance | 33 | $ 2,616,087.29 |
| Availability before Loan Request (line 29 or 29a less line 33) | 34 | $ 285,347.32 |
| The undersigned requests a loan in the amount of: | 35 | $ 285,347.32 |
| New loan balance (line 32 plus line 34) | 36 | $ 2,901,434.61 |
| Remaining availability (line 33 less line 34) | 37 | $ - |

(b) As of the date hereof, Borrower hereby acknowledges that the Loan is currently in default and that the Lender has no further obligation to fund under the Loan Agreement.
(c) Intentionally deleted.
(d) As of the date hereof, the representations and warranties contained in the Loan Agreement are true in every respect, with the same effect as though such representations and warranties had been made on the date hereof.
(e) After the making of the advance requested by this Certificate, the total aggregate principal amount outstanding under the Loan Agreement will be approximately $2,901,434.61
(f) Borrower's most recent Accounts Receivable Aging Report, date as of 8/26/10 including all necessary and appropriate documentation required to interpret the Report and to complete this Borrowing Base Certificate), is attached hereto and made a part hereof. All Accounts included on such reports have been properly billed and collections have been properly posted to the respective Accounts to reduce Eligible Accounts accordingly. All proceeds of Accounts that have not been posted to the Accounts reported herein (including unbilled and/or estimated Accounts) have been disclosed to Lender on line 23 herein.
(g) As of the date hereof, Borrower has paid all State and Federal payroll withholding taxes immediately due and payable through 08/20/10.
(h) As of the date hereof, Borrower certifies that its census is as follows:

|  | Cortland | Troy | Hilltop | Rosewood | Total |
|---|---|---|---|---|---|
| Total Beds in service | 200 | 120 | 112 | 80 | 512 |
| Total Beds available | 200 | 120 | 112 | 80 | 512 |
| Total Beds occupied | 197 | 105 | 105 | 78 | 485 |
| Occupancy % | 98.5% | 87.5% | 93.8% | 97.5% | 94.7% |
| Total occupied beds, prior BBC | 195 | 101 | 103 | 78 | 477 |
| Occupancy % prior BBC | 97.5% | 84.2% | 92.0% | 97.5% | 93.2% |
| Change in occupancy rates (beds) | 2 | 4 | 2 | 0 | 8 |
| Change in occupancy rates (%) | 1.0% | 3.3% | 1.8% | 0.0% | 1.6% |

(i) Borrower acknowledges that the Event(s) of Default identified in Lender's February 17, 2006, March 9, 2006 and October 4, 2006 letters still exist and remain uncured, and that, by making an advance pursuant to this Borrowing Base Certificate, Lender does not waive these or any other existing Event(s) of Default, and reserves all of its rights and remedies under the Loan Agreement, or otherwise. Borrower acknowledges that after this advance, $2,901,434.61 plus osts and fees is justly due and owing to Lender without setoff, defense or counterclaim. By accepting an advance from Lender, Borrower agrees to waive and release Lender from all claims, demands, causes of action (whether known or unknown) based in whole or in part on acts or omissions of Lender relating to the Loan Agreement.

By: _[signature]_
Name: GERALD VILARIN
Title: ACCOUNTANT