

Theresa A. Driscoll
Email: tdriscoll@moritthock.com

January 14, 2011

**VIA FEDERAL EXPRESS AND ECF FILING**
Chambers of the Honorable Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 315
Albany, NY 12207
Attn: Theresa A. O'Connell, Courtroom Deputy

> Re: **Highgate LTC Management, LLC (EF Consulting LLC and Oasis HC LLC v. General Electric Capital Corporation)**
> **Adv. Pro. No. 10-90175/ Hearing Date: January 26, 2011**

Dear Ms. O'Connell:

      The hearing to consider the pending Motion of General Electric Capital Corporation to Dismiss the Adversary Complaint in the above-referenced adversary proceeding currently scheduled for January 26, 2011 at 10:30 a.m. has been adjourned on consent of the Court and all parties to February 11, 2011 at 11:00 a.m. Plaintiffs' response deadline has also been extended from January 21, 2011 to February 4, 2011.

      If you have any questions, please feel free to contact the undersigned. Thank you for your courtesies in this matter.

Respectfully submitted,

s/ *Theresa A. Driscoll*

THERESA A. DRISCOLL

TAD:mbw

cc: Scott Krinsky, Esq. (Attorneys for Plaintiffs) (*via email*)

192175v1