Mark Frankel (516720)
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue
28th Floor
New York, NY 10017
(212) 593-1100
(212) 644-0544 (fax)
abackenroth@bfklaw.com
mfranklel@bfklaw.com
*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHGATE LTC MANAGEMENT, LLC, | Case No: 07-11068 (REL) |
| Debtor, | |

------------------------------------------------------------x

| | |
|---|---|
| EF CONSULTING LLC and OASIS HC LLC, | Adversary Pro. No. 10-90175 |
| Plaintiffs, | |
| v. | |
| GENERAL ELECTRIC CAPITAL CORPORATION, | |
| Defendant, | |

------------------------------------------------------------x

## NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the annexed Declaration of Nachum Sherman in support of plaintiffs' for partial summary judgment dated February 7, 2011, and all exhibits annexed thereto, the accompanying Memorandum of Law in Support, and all other papers and proceedings heretofore had herein, plaintiffs, by their undersigned attorneys, will move this Court on February ___, 2011 (the "Hearing Date", before the Honorable Robert E. Littlefield, United States Bankruptcy Court, Northern District of New York (Albany), James T.

{043244}

Foley Courthouse, 445 Broadway, Suite 330, Albany, New York 12207, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Bankruptcy Rule 56, granting plaintiffs EF Consulting LLC's and Oasis HC LTC's Motion for Partial Summary Judgment and entering judgment against General Electric Capital Corporation in the amount of $2,174,889, plus prejudgment interest, and for such other and further relief as this Court may deem just and proper.

Reponses to Motion shall be filed and served, so as to be received, by no later than _____ at \_\_\_\_.

Dated: New York, New York
      February \_\_, 2011

                        Backenroth Frankel & Krinsky LLP
                        *Attorney for Plaintiffs*

                        By: /s/ Mark Frankel
                            Mark Frankel (516720)
                        489 Fifth Avenue, 28th Floor
                        New York, New York 10017
                        (212) 593-1100
                        (212) 644-0544 (fax)
                        mfrankel@bfklaw.com

{043244}