```
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------x
In re:                                    Chapter 11
                                          Case No. 07-11068 (REL)
HIGHGATE LTC MANAGEMENT, LLC,

                Debtor,


--------------------------------------x
EF CONSULTING LLC and OASIS HC LLC,       Adv. Pro. No. 10-90175 (REL)

                Plaintiffs,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,     **AFFIDAVIT OF SERVICE**

                Defendant

--------------------------------------x
```

I, Scott Krinsky, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age and a member of Backenroth Frankel & Krinsky, LLP.

On February 7, 2011, I served the following papers:

**A) PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; B) DECLARATION OF NACHUM SHERMAN; C) STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 7056-1 AND FRCP RULE 56.1; AND (D) NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND (E) EXHIBITS 1-10;**

by the following methods:

(a) by placing the same in a Federal Express overnight mail envelope with the address listed below, which is the address designated by the attorney for defendant for such purpose, and depositing said envelope with an official Federal Express mail carrier, in the City and State of New York, for overnight delivery to the attorney for the defendant:

Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530
Attn: Theresa Driscoll, Esq.;

(b) and by electronic "email" transmission at the following address:

Theresa Driscoll, Esq. (tdriscoll@moritthock.com)

                                         s/Scott Krinsky
                                         SCOTT KRINSKY

Sworn to before me on this
7th day of February, 2011

s/Abraham Backenroth
_____
            Notary Public