UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                            Chapter 11

HIGHGATE LTC MANAGEMENT, LLC,                                     Case No. 07-11068 (REL)

                Debtor,


-----------------------------------------------------------------x
EF CONSULTING LLC and OASIS HC LLC,

                Plaintiffs,                          Adv. Pro. No. 10-90175 (REL)

v.

GENERAL ELECTRIC CAPITAL CORPORATION,

                Defendant
-----------------------------------------------------------------x

## NOTICE OF APPEAL

      Plaintiffs EF Consulting, LLC and Oasis HC LLC, appeal under 28 U.S.C. § 158 (a) to the United States District Court for the Northern District of New York from the bench ruling, dated February 11, 2011 as memorialized by the written order, dated and entered February 23, 2011, granting defendant General Electric Capital Corporation's motion to dismiss the adversary proceeding (ECF Doc. No. 26).

      The names of all parties to the ruling and order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

      Plaintiffs: EF Consulting LLC and Oasis HC LLC

      Plaintiffs' Attorney:  Mark A Frankel (516720)
                              Backenroth, Frankel & Krinsky, LLP
                              489 Fifth Avenue
                              New York, NY 10017
                              Tel: (212) 593-1100

      Defendant's Attorney: Mark L. Hamroff
                               Moritt, Hock & Hamroff, LLP
                               400 Garden City, NY 11530
                               Tel: (516) 873-2000

Dated: New York, New York
February 25, 2011

                    BACKENROTH, FRANKEL & KRINSKY, LLP

By:    s/Mark A. Frankel (516720)
        Mark A. Frankel, Esq.
        489 Fifth Avenue
        New York, New York 10017
        Tel: (212) 593-1100